B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re  **GLENMARTIN, INC.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| All Pro Fastener<br>PO Box 972404<br>Dallas, TX 75397-2404 | All Pro Fastener<br>PO Box 972404<br>Dallas, TX 75397-2404<br>800-361-6627 | Trade Debt | | 41,310.82 |
| All Steel Products<br>PO Box 270<br>Staunton, IL 62088 | All Steel Products<br>PO Box 270<br>Staunton, IL 62088<br>800-838-4282 | Trade Debt | | 634,671.71 |
| Anchor Paint Co. of Okla City OK<br>900 No Pennsylvania-Factory Branch<br>PO Box 2022<br>Oklahoma City, OK 73101-2022 | Anchor Paint Co. of Okla City OK<br>900 No Pennsylvania-Factory Branch<br>PO Box 2022<br>Oklahoma City, OK 73101-2022<br>405232-2263 | Trade Debt | | 39,000.00 |
| Courtland Steel Corporation<br>555 Roger Williams Ave<br>Highland Park, IL 60035 | Courtland Steel Corporation<br>555 Roger Williams Ave<br>Highland Park, IL 60035<br>636-922-3191 | Trade Debt | | 46,543.20 |
| Crowley Liner Services<br>PO BOx 2684<br>Carol Stream, IL 60132-2684 | Crowley Liner Services<br>PO BOx 2684<br>Carol Stream, IL 60132-2684<br>800-276-9539 | Trade Debt | | 64,963.76 |
| Euler Hermes ACI Services, LLC<br>800 Red Brook BLvd<br>Owings Mills, MD 21117-1008 | Euler Hermes ACI Services, LLC<br>800 Red Brook BLvd<br>Owings Mills, MD 21117-1008 | | | 25,682.02 |
| First Process Steel Inc.<br>2678 N. Harvard Ave<br>Tulsa, OK 74115 | First Process Steel Inc.<br>2678 N. Harvard Ave<br>Tulsa, OK 74115<br>888-623-2929 | Trade Debt | | 80,344.00 |
| Hagerty Steel & Aluminum<br>601 North Main Street<br>East Peoria, IL 61611 | Hagerty Steel & Aluminum<br>601 North Main Street<br>East Peoria, IL 61611<br>800-322-2600 | Trade Debt | | 36,542.04 |

B4 (Official Form 4) (12/07) - Cont.
In re  **GLENMARTIN, INC.**                                                Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hendrend Andrae LLC<br>221 Bolivar Street, Ste 300<br>PO Box 1069<br>Jefferson City, MO 65102 | Hendrend Andrae LLC<br>221 Bolivar Street, Ste 300<br>PO Box 1069<br>Jefferson City, MO 65102<br>573-636-8135 | Trade Debt | | 37,073.43 |
| Madden Bolt Corp<br>13420 Hempstead Highway<br>Houston, TX 77040 | Madden Bolt Corp<br>13420 Hempstead Highway<br>Houston, TX 77040<br>713-939-9999 | Trade Debt | | 130,852.98 |
| Monnig<br>PO Box 98<br>Glasgow, MO 65254 | Monnig<br>PO Box 98<br>Glasgow, MO 65254<br>660-338-2242 | Trade Debt | | 407,707.69 |
| Naeem Akhter<br>7834 W 156th St<br>Overland Park, KS 66223 | Naeem Akhter<br>7834 W 156th St<br>Overland Park, KS 66223<br>913-685-2015 | Trade Debt | | 26,000.00 |
| Norfolk Iron & Metal Company<br>PO Box 1129<br>Norfolk, NE 68702-1129 | Norfolk Iron & Metal Company<br>PO Box 1129<br>Norfolk, NE 68702-1129<br>800-446-8200 | Trade Debt | | 31,734.01 |
| North American Galvanizing<br>PO Box 202681<br>Dallas, TX 75320-2681 | North American Galvanizing<br>PO Box 202681<br>Dallas, TX 75320-2681<br>918-488-9420 | Trade Debt | | 25,719.86 |
| Phoenix International<br>36960 Eagle Way<br>Chicago, IL 60678 | Phoenix International<br>36960 Eagle Way<br>Chicago, IL 60678<br>800-810-1180 | Trade Debt | | 43,460.00 |
| Praxair Distribution Inc<br>Dept Ch 10660<br>Palatine, IL 60055-0660 | Praxair Distribution Inc<br>Dept Ch 10660<br>Palatine, IL 60055-0660<br>573-474-9528 | Trade Debt | | 39,415.42 |
| Smith Lewis LLP<br>PO Box 918<br>Columbia, MO 65205 | Smith Lewis LLP<br>PO Box 918<br>Columbia, MO 65205<br>573-443-3141 | Trade Debt | | 42,234.95 |
| Specialty Tower Lighting, LTD<br>1630 Elmview Drive<br>Houston, TX 77080 | Specialty Tower Lighting, LTD<br>1630 Elmview Drive<br>Houston, TX 77080<br>713-722-8123 | Trade Debt | | 78,508.90 |
| Steel and Pipe Supply Co Inc.<br>PO Box 802249<br>Kansas City, MO 64180-2249 | Steel and Pipe Supply Co Inc.<br>PO Box 802249<br>Kansas City, MO 64180-2249<br>800-521-2345 | Trade Debt | | 401,444.03 |

B4 (Official Form 4) (12/07) - Cont.
In re  **GLENMARTIN, INC.**                                                        Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Valmont Coatings-Salina Galvanizing** 1100 North Ohio St Salina, KS 67401 | **Valmont Coatings-Salina Galvanizing** 1100 North Ohio St Salina, KS 67401 785-452-9630 | Trade Debt | | 30,894.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 18, 2009**                    Signature  **/s/ Sandra Martin**
                                                          **Sandra Martin**
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.