B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re  **GLENMARTIN, INC.**                                                              Case No.  **09-22388**
                                        Debtor(s)                                         Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**55**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 18, 2009**                         Signature  **/s/ Sandra Martin**
                                                              **Sandra Martin**
                                                              **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C. §§  152 and 3571.